IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD B. TALMAGE, et al.,<br><br>Defendants. | **ORDER TO SHOW CAUSE WHY TALMAGES SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>Case No. 1:16-cv-00019-DN<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on November 7, 2018, certifies facts as to why Defendants Ronald B. Talmage and Annette C. Talmage (collectively, the "Talmages") should be adjudged in civil contempt, and recommends that the Talmages be required to appear upon a day certain to show cause why they should not be adjudged in contempt by reason of the facts so certified.

Based on the Report and Recommendation, the certified facts, and good cause appearing,

IT IS HEREBY ORDERED that, in accordance with 28 U.S.C. § 636(e)(6)(B)(iii), the Talmages shall appear in person before the undersigned district judge on Thursday, December 20, 2018, at 1:30 p.m. (MST), in courtroom 7.300, to show cause why they should not be adjudged in civil contempt by reason of the facts certified in the Report and Recommendation.[1]

Signed November 16, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 190, filed November 7, 2018.